UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO JOHNSON, | No. 2:14-cv-2253 DAD P |
| Plaintiff, | |
| v. | ORDER |
| YOLO COUNTY JAIL et al., | |
| Defendants. | |

By order filed April 22, 2015, plaintiff's amended complaint was dismissed and he was granted thirty days leave to file a second amended complaint. Thirty days from that date have now passed, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: June 9, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
john2253.fta

---

[1] Plaintiff has previously consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 6)

1